KOHN, SWIFT & GRAF, P.C.

One South Broad Street

Suite 2100

Philadelphia, Pennsylvania 19107

Telephone    (215) 238-1700

Facsimile    (215) 238-1968

Robert A. Swift (admitted *pro hac vice*)

Robert J. LaRocca (admitted *pro hac vice*)

STEVENS & LEE, P.C.

485 Madison Avenue

New York, New York 10022

Telephone    (212) 319-8500

Facsimile    (212) 319-8505

Alec P. Ostrow (AO-3104)

Attorneys for Mike's Train House, Inc.

**Hearing Date:  August 2, 2007**
**at 10:00 a.m.**

**Response Date:  July 31, 2007**
**at 5:00 p.m.**

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- x

|   |   |   |
|---|---|---|
| In re | : | Chapter 11 |
| LIONEL L.L.C., et al., | : | Case No. 04-17324 (BRL) |
|   |   | (Jointly Administered) |
| Debtors. | : |   |

------------------------------------------------------- x

**NOTICE OF HEARING ON**
**MOTION BY MIKE'S TRAIN HOUSE, INC. FOR**
**ORDER AUTHORIZING THE TAKING OF**
**VIDEOTAPED DEPOSITIONS FOR USE IN**
**LITIGATION (REGARDLESS OF FORM OR FORUM)**
**<u>CONCERNING TRADE SECRETS CLAIM</u>**

**PLEASE TAKE NOTICE** that the hearing on the motion of Mike's Train House, Inc.

("MTH"), by its attorneys, for an order, pursuant to 11 U.S.C. § 105(a) and Rules 7027, 9014

and 9017 of the Federal Rules of Bankruptcy Procedure and Rules 27 and 43 of the Federal

Rules of Civil Procedure, authorizing MTH to take videotaped depositions for use in litigation

(regardless of form or forum) concerning MTH's trade secrets claim against Lionel L.L.C.

("Lionel") will take place on **August 2, 2007 at 10:00 a.m.** (New York time) before the

Honorable Burton R. Lifland, United States Bankruptcy Judge, in Courtroom 623,  United States

Bankruptcy Court, Alexander Hamilton U.S. Custom House, One Bowling Green, New York,

New York 10004.

  **PLEASE TAKE FURTHER NOTICE** that any response to MTH's motion shall be

served and filed (with a copy to Judge Lifland's chambers) so as to be received on or before **July

31, 2007 at 5:00 p.m.** (New York time).

Dated:  New York, New York
   July 20, 2007

         KOHN, SWIFT & GRAF, P.C.
         One South Broad Street
         Suite 2100
         Philadelphia, Pennsylvania 19107
         Telephone (215) 238-1700
         Facsimile (215) 238-1968
         Robert A. Swift (admitted *pro hac vice*)
         Robert J. LaRocca (admitted *pro hac vice*)

         STEVENS & LEE, P.C.
          Attorneys for Mike's Train House, Inc.

    By:  */s/ Alec P. Ostrow*_____
         Alec P. Ostrow (AO-3104)
         485 Madison Avenue
         New York, New York 10022
         Telephone (212) 319-8500
         Facsimile (212) 319-8505

SL1 738278v1/035063.00007